UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                :
JP MORGAN CHASE SEVERANCE PAY PLAN,  :
                :
           Plaintiff,  :
                :    21-CV-4641 (JPC)
   -v-  :
                :    <u>ORDER</u>
ANTONINA VICARI,  :
                :
           Defendant.  :
                :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    In light of the referral to the Honorable James L. Cott for general pretrial, the Initial Pretrial Conference scheduled for August 18, 2021 at 11:00 a.m. is adjourned *sine die*.

    Defendant's motions to dismiss, Dkts. 19-20, are denied without prejudice. Prior to filing any motion to dismiss, Defendant is respectfully reminded to submit a pre-motion letter in accordance with 6.A of the Court's Individual Rules and Practices in Civil Cases.

    SO ORDERED.

Dated: August 17, 2021
       New York, New York

                                         JOHN P. CRONAN
                                      United States District Judge