UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JP MORGAN CHASE SEVERANCE
PAY PLAN,

        Plaintiff,

   -v-

ANTONINA VICARI,

        Defendant.
---------------------------------------------------------------X

**ORDER**

21-CV-4641 (JPC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Court held an initial case management conference today, at which the parties agreed to a stay of all but some limited discovery, and to hold any motion practice in abeyance until all efforts at mediation have concluded. Specifically, as discussed at the conference, the parties have agreed to participate in private mediation in this case (along with five other cases filed in Texas and one other case filed in the Eastern District of New York presenting similar issues), and will conduct limited discovery to aid the mediation process by serving document requests no later than **October 5, 2021**, with responses due by **November 5, 2021**. The private mediation is expected to be completed prior to the end of the 2021 calendar year.

    The parties are directed to submit a status report no later than **January 10, 2022**. If the parties have not reached a settlement at that time, the Court will schedule another conference to chart the further course of the case (including the potential renewal of dispositive motions and a discovery schedule if necessary).

    **SO ORDERED.**

Dated: September 28, 2021
       New York, New York

                                                  JAMES L. COTT
                                                  United States Magistrate Judge